# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS MCNALT, | No. 4:20-CV-01707 |
| Petitioner, | (Judge Brann) |
| v. | |
| COMMONWEALTH OF PENNSYLVANIA, *et al.,* | |
| Respondents. | |

## ORDER

**AND NOW**, this 10th day of November 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Clerk of Court is directed to **TRANSFER** the above captioned action to the United States District Court for the Eastern District of Pennsylvania.

2. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge